## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **No. 3:06-CR-66** |
| ) | **(Phillips)** |
| **TASHEKA HOUSTON** ) | |

### ORDER

This matter is before the court on Less Jeffress' motion to withdraw as counsel for defendant in this case. Defendant has retained Charles T. Webber to represent her and Mr. Webber has entered a notice of appearance as counsel of record. Accordingly, for the good cause stated, Mr. Jeffress' motion to withdraw [Doc. 15] is **GRANTED**, and Mr. Jeffress is relieved from any further responsibility in this matter.

**ENTER:**

     s/ Thomas W. Phillips
United States District Judge